# Exhibit 1

**BALTIMORE CITY SHERIFF'S OFFICE**
BALTIMORE, MARYLAND

Form 06/154 05/24/11

To: Lieutenant Deborah Claridy
From: Captain Sam Cogen

Subject: **Suspension from Duty**

You are hereby notified that you are suspended from duty **WITH PAY** and your police powers are suspended effective 05/24/11. You are not to take any police action. However, when conditions present themselves that a police action is necessary, you are required to promptly notify the Baltimore Police Communications Division or the Communications Division of the appropriate local police jurisdiction.

You shall not carry any departmental firearm during this period of suspension. If you possess a handgun permit for privately owned firearm(s) you are **Not** authorized to carry said firearm(s) into any departmentally owned establishment.

You are ordered to report to your Commanding Officer in room 104 of the Sheriff's Office on 06/01/11 at 1300hours incident to a suspension hearing.

Order of: Captain Sam Cogen
Deputy Chief of Operations
05/24/11

This Suspension of Duty is in effect pending the outcome of any Administrative Hearing or action resolving Internal Affairs Case Number: **23F10**. Other than your suspension hearing on 06/01/11 you are not to report to any Sheriff's Office work location until the resolution of your case without the expressed permission of a Major or above.

You are hereby ordered to telephone the MILES Section at 0830hours at 410 396-1155 Monday-Friday in order for us to mark you present for payroll and attendance purposes.

ACKNOWLEDGED:

I certify that I have read and fully understand this order and also that I have received a copy of this order

______________________ Date:_________
(Members Signature)

______________________ Date 5/24/11
(Signature of Permanent Rank Supervisor)

**IAD Case No.** 23F10

**Charge No.** 1 **of** 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To:** **Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment:** **Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section: 2.2.2** **Standards of Conduct In General**
**Subsection O:** **Abuse of Position**

2) No member of this agency shall be permitted to use any name, photograph or official title which links the member to this agency, for the purpose of endorsing, advertising, or otherwise supporting any service, product, or cause without specific prior approval from the Sheriff of Baltimore City.

**Statement of Facts** – (Include Date):

It is alleged that on or about May 10, 2010, you filed as a candidate for Sheriff and thereafter allowed yourself to be photographed in the Sheriff's Office Class A uniform, without the authorization of Sheriff John W. Anderson; however the photograph was placed on a flyer advertising your campaign for Sheriff and were distributed throughout the City of Baltimore.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 2 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

To: Deputy Sheriff Lieutenant Deborah Claridy 0028
(Rank & Name) (ID No.)

Assignment: Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.7** **Political Activity**
**Subsection B:** **Political Activities Which are Prohibited**

3) Members of the Baltimore City Sheriff's Office shall not:

a) Allow themselves to be identified in campaign literature as members of this agency;

**Statement of Facts** – (Include Date):

It is alleged that on or about May 10, 2010, you filed as a candidate for Sheriff and thereafter allowed yourself to be photographed in the Sheriff's Office Class A uniform, without the authorization of Sheriff John W. Anderson; the photograph was placed on a flyer advertising your campaign for Sheriff and were distributed throughout the City of Baltimore.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 3 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

To: Deputy Sheriff Lieutenant Deborah Claridy (Rank & Name) 0028 (ID No.)

Assignment: Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.7** **Political Activity**
**Subsection B:** **Political Activities Which are Prohibited**

3) Members of the Baltimore City Sheriff's Office shall not:

b) Allow themselves to be photographed in uniform for the purpose of endorsing a candidate for public office or a political movement;

**Statement of Facts** – (Include Date):

It is alleged that on or about May 10, 2010, you filed as a candidate for Sheriff and thereafter allowed yourself to be photographed in the Sheriff's Office Class A uniform, without the authorization of Sheriff John W. Anderson; the photograph was placed on a flyer advertising your campaign for Sheriff and were distributed throughout the City of Baltimore.

Commander's Signature: [signature] (Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature:________________ (Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ________________

61015.002:137317

**IAD Case No.** 23F10

**Charge No.** 4 **of** 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To:** **Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment:** **Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**State Ethic Laws Title 15**
**Subtitle 5 Conflicts of Interest**
**Part 1 General Provisions:**

**Section 15-506: Use of Prestige of Office**

**In general - - An official or employee may not intentionally use the prestige of office or public position for that official's or employee's private gain or that of another.**

**Statement of Facts** – (Include Date):

It is alleged that on or about May 10, 2010, you filed as a candidate for Sheriff and thereafter allowed yourself to be photographed in the Sheriff's Office Class A uniform, without the authorization of Sheriff John W. Anderson; the photograph was placed on a flyer advertising your campaign for Sheriff and were distributed throughout the City of Baltimore.

Commander's Signature: [signature] Date Signed: 05/03/11
(Commander's signature denotes filing of charges)

Employee's Signature: ____________ Date Signed: ____________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

61015.002:137317

**IAD Case No. 23F10**

**Charge No. 5 of 17**

# Baltimore City Sheriff's Office
# Notification of Charges

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.7** **Political Activity**
**Subsection B:** **Political Activities Which are Prohibited**

4) Use of any equipment or materials belonging to this agency for the support of any candidate for public office, any political movement, or in the furtherance of any cause or ideology is specifically prohibited.

**Statement of Facts** – (Include Date):

It is alleged that on or about May 10, 2010, you filed as a candidate for Sheriff and thereafter allowed yourself to be photographed in the Sheriff's Office Class A uniform, without authorization of Sheriff John W. Anderson; the photograph was placed on a flyer advertising your campaign for Sheriff and were distributed throughout the City of Baltimore.

Commander's Signature: ____________
(Commander's signature denotes filing of charges)

Date Signed: 05/03/11

Employee's Signature: ____________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________

61015.002:137317

**IAD Case No. 23F10**

**Charge No. 6 of 17**

# Baltimore City Sheriff's Office
# Notification of Charges

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local Statutes:
**Subject:** **Standards of Conduct**
**Section: 2.2.2** **Standards of Conduct In General**
**Subsection M:** **Public Criticism**

Members of this agency shall refrain from engaging in public criticism of this agency, its policies, and/or any of its members, verbally, electronically or in writing.

**Statement of Facts** – (Include Date):

It is alleged that on or about August 6th and/or 29th, 2010, you appeared on a local radio show, acknowledged that you were a Lieutenant employed with the Baltimore City Sheriff's Office, and criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/25/11

Employee's Signature: ____________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________

61015.002:137317

IAD Case No. 23F10

Charge No. 7 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.4** **Conduct Unbecoming**
**Subsection A:** **General**

1) No employee of the Baltimore City Sheriff's Office will commit any act which constitutes conduct unbecoming an employee of this Office.

**Statement of Facts** – (Include Date):

It is alleged that on or about August 6th and/or 29th, 2010, you appeared on a local radio show, acknowledged that you were a Lieutenant employed with the Baltimore City Sheriff's Office, and criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature] Date Signed: 05/23/11
(Commander's signature denotes filing of charges)

Employee's Signature:________________ Date Signed: ________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

61015.002:137317

**IAD Case No.** 23F10

**Charge No.** 8 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To:** Deputy Sheriff Lieutenant Deborah Claridy — 0028
**(Rank & Name)** **(ID No.)**

**Assignment:** Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.4** **Conduct Unbecoming**
**Subsection B:** **Misconduct**

Any breach of the peace, neglect of duty, or other misconduct on the part of any employee either within or outside the State of Maryland, which tends to undermine the good order, efficiency or discipline of the Office, even though these offenses may not be specifically set forth, shall be considered conduct unbecoming.

**Statement of Facts** – (Include Date):

It is alleged that on or about August 6th and/or 29th, 2010, you appeared on a local radio show, acknowledged that you were a Lieutenant employed with the Baltimore City Sheriff's Office, and criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/[illegible]/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 9 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To:** Deputy Sheriff Lieutenant Deborah Claridy (Rank & Name) 0028 (ID No.)

**Assignment:** Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**State Ethic Laws Title 15**
**Subtitle 5 Conflicts of Interest**
**Part 1 General Provisions:**

**Section 15-506: Use of Prestige of Office**

**In general - - An official or employee may not intentionally use the prestige of office or public position for that official's or employee's private gain or that of another.**

**Statement of Facts** – (Include Date):

It is alleged that on or about August 6th and/or 29th, 2010, you appeared on a local radio show, acknowledged that you were a Lieutenant employed with the Baltimore City Sheriff's Office, and criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

**IAD Case No.** 23F10

**Charge No.** 10 **of** 17

## Baltimore City Sheriff's Office
## Notification of Charges

**To:** **Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment:** **Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges --** Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.7** **Political Activity**
**Subsection B:** **Political Activities Which are Prohibited**

2) No member of the Baltimore City Sheriff's Office shall be permitted to use his/or official position as a member of this agency to publicly support any particular political party or candidate for public office.

**Statement of Facts** – (Include Date):

It is alleged that during your campaign you created and maintained a website advertising and promoting your candidacy for the Sheriff of Baltimore City. The website identified you as a Lieutenant currently employed with the Baltimore City Sheriff's Office, and inappropriately criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature] Date Signed: 05/23/11
(Commander's signature denotes filing of charges)

Employee's Signature:__________ Date Signed: __________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

61015.002:137317

**IAD Case No.** 23F10

**Charge No.** 11 **of** 17

# Baltimore City Sheriff's Office
# Notification of Charges

**To:** **Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment:** **Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**State Ethic Laws Title 15**
**Subtitle 5** **Conflicts of Interest**
**Part 1** **General Provisions:**

**Section 15-506: Use of Prestige of Office**

**In general - - An official or employee may not intentionally use the prestige of office or public position for that official's or employee's private gain or that of another.**

**Statement of Facts** – (Include Date):

It is alleged that during your campaign you created and maintained a website advertising and promoting your candidacy for the Sheriff of Baltimore City. The website identified you as a Lieutenant currently employed with the Baltimore City Sheriff's Office, and inappropriately criticized the agency, the Sheriff and other deputies in the Sheriff's Office. You further made allegations of wrongdoing and corruption by the Sheriff and certain deputies that were without factual basis and were made primarily, if not solely, to advance your campaign for Sheriff.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 06/28/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 12 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

To: Deputy Sheriff Lieutenant Deborah Claridy (Rank & Name) 0028 (ID No.)

Assignment: Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local Statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.3** **On-Duty Conduct**
**Subsection A:** **Reporting for Duty**

**2.2.3(A)(1).** Every employee of the Baltimore City Sheriff's Office is required to report for duty at the time and place required by his/her duties.

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010, you were instructed by your immediate supervisor Major Edna Taylor to make daily checks at all courtrooms in the Clarence Mitchell Courthouse and the Old Post Office Courthouse and to document daily courtroom checks on a Baltimore City Sheriff's Office Court Observation/Inspection Sheet and to call Major Edna Taylor or report to Major Taylor each day when you arrived and began duty. You failed to follow the specific orders of the Department to make daily checks of all courtrooms in the Clarence Mitchell Courthouse and Old Post Office Courthouse, and failed to follow the specific instructions of Major Taylor.

Commander's Signature: [signature] (Commander's signature denotes filing of charges)

Date Signed: 05/26/11

Employee's Signature: ____________ (Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________

61015.002:137317

IAD Case No. 23F10

Charge No. 13 of 17

**Baltimore City Sheriff's Office**
**Notification of Charges**

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local Statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.3** **On-Duty Conduct**
**Subsection I:** **Report Submission**

1. All required reports shall be submitted before the conclusion of a member's duty shift or other deadline that may be established by the member's supervisor.

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010 through December 29, 2010, you failed to submit complete sets of daily reports from courtroom checks of the Clarence Mitchell Courthouse and the Old Post Office Courthouse as required per instructions to you by Major Taylor.

Commander's Signature: ____________ Date Signed: 05/18/11
(Commander's signature denotes filing of charges)

~~Employee's Signature:~~ ____________ ~~Date Signed:~~ ____________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

61015.002:137317

IAD Case No. 23F10

Charge No. 14 of 17

**Baltimore City Sheriff's Office**
**Notification of Charges**

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.4** **Conduct Unbecoming**
**Subsection A:** **General**

1) No employee of the Baltimore City Sheriff's Office will commit any act which constitutes conduct unbecoming an employee of this Office.

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010 through December 29, 2010, you failed to submit complete sets of daily reports from courtroom checks of the Clarence Mitchell Courthouse and the Old Post Office Courthouse as required per instructions to you by Major Taylor.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/13/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 15 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

To: Deputy Sheriff Lieutenant Deborah Claridy 0028
(Rank & Name) (ID No.)

Assignment: Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.2** **Standard of Conduct in General**
**Subsection A:** **Rules and Regulations Preface**

7) Unsatisfactory performance may be demonstrated by:

b. An unwillingness or inability to perform assigned tasks

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010 through December 29, 2010, you were instructed to make daily checks at all courtrooms in the Clarence Mitchell Courthouse and the Old Post Office Courthouse and to document daily courtroom checks on a Baltimore City Sheriff's Office Court Observation/Inspection Sheet and to call Major Edna Taylor or report to Major Taylor each day when you arrived and began duty. You failed to follow the specific orders of the Department to make daily checks of all courtrooms in the Clarence Mitchell Courthouse and Old Post Office Courthouse, and failed to follow the specific instructions of Major Taylor.

Commander's Signature: ______ Date Signed: 05/13/11
(Commander's signature denotes filing of charges)

Employee's Signature: ______ Date Signed: ______
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

61015.002:137317

**IAD Case No. 23F10**

**Charge No. 16 of 17**

# Baltimore City Sheriff's Office
# Notification of Charges

**To: Deputy Sheriff Lieutenant Deborah Claridy** **0028**
**(Rank & Name)** **(ID No.)**

**Assignment: Administrative Supervisor**

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges --** Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.9** **Orders**
**Subsection A:** **Obeying Orders**

2) All lawful orders issued by a supervisor acting supervisor or any employee of the Baltimore City Sheriff's Office who has been duly authorized by the Sheriff to command shall be followed and obeyed.

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010, you were instructed to make daily checks at all courtrooms in the Clarence Mitchell Courthouse and the Old Post Office Courthouse and to document daily courtroom checks on a Baltimore City Sheriff's Office Court Observation/Inspection Sheet and to call Major Edna Taylor or report to Major Taylor each day when you arrived and began duty. You failed to follow the specific orders of the Department to make daily checks of all courtrooms in the Clarence Mitchell Courthouse and Old Post Office Courthouse, and failed to follow the specific instructions of Major Taylor.

Commander's Signature: [signature]
(Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature: ____________________
(Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ____________________

61015.002:137317

IAD Case No. 23F10

Charge No. 17 of 17

# Baltimore City Sheriff's Office
# Notification of Charges

To: Deputy Sheriff Lieutenant Deborah Claridy (Rank & Name) 0028 (ID No.)

Assignment: Administrative Supervisor

You are hereby notified that you are charged with the following violation of the Sheriff's Office rules, policies and procedures and/or State and Local statutes to wit:

**Charges** -- Violation of Baltimore City Sheriff's Office rules, policy, and procedures and/or State and Local statutes (Explain in detail – include specific chapter and section where applicable.)

General Orders Manual and/or State and Local statutes:
**Subject:** **Standards of Conduct**
**Section 2.2.3** **On-Duty Conduct**
**Subsection I.** **Submission of Reports**

2. All required reports shall be completed, legible, truthful and written in accordance with agency standards.

**Statement of Facts** – (Include Date):

It is alleged that on or about September 23, 2010 through December 29, 2010, you failed to submit complete sets of daily reports from courtroom checks of the Clarence Mitchell Courthouse and the Old Post Office Courthouse as required per instructions to you by Major Taylor.

Commander's Signature: ______________________ (Commander's signature denotes filing of charges)

Date Signed: 05/23/11

Employee's Signature: ______________________ (Signature acknowledges that the employee has been advised of the Charges and supporting statement and understands same.)

Date Signed: ______________

61015.002:137317