**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DEBORAH CLARIDY,** | * | |
| *Plaintiff,* | * | |
| v. | * | CASE NO.: 1:13-CV-02600-ELH |
| **JOHN ANDERSON,** | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Sheriff John Anderson, moves pursuant Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, for an extension of time up to and including Tuesday, February 25, 2014, in which to file a responsive pleading or motion to the Complaint, and, for reasons, state:

1. That undersigned counsel has been working diligently to investigate the complaint, but has still not been able to obtain the necessary information to ascertain what occurred regarding the underlying incident, and what defenses, if any, the Defendant may have to the Complaint.  Thus, the undersigned counsel simply needs more time to investigate the incident, research the issues involved, and formulate a response to the Complaint filed by the Plaintiff.

2. In addition, the undersigned counsel has unexpectedly had to draft a motion to dismiss in another case also due today.  A motion to dismiss is also due today on behalf

of another sheriff in the case of *Ronald Howard Brodt v. Sheriff Jesse Bane*, filed in the United States District Court for the District of Columbia, case no.: 1:13-CV-01756, Therefore, undersigned defense counsel has had little or no time to address a proper response to Plaintiff's Complaint by today's deadline.  The undersigned counsel also has several dispositive motions hearings, a deposition, and a reply brief due in the Court of Special Appeals in *Sheriff John Anderson v. James Lane*, September Term, 2012, No. 01623, all due in the month of December 2013.

    3.  Furthermore, the upcoming holidays and undersigned counsel's trial calendar in January 2014 make it impracticable for undersigned counsel to make any headway on a response to the complaint in December and January.  The undersigned counsel has a Court of Special Appeals oral argument the second week of January 2014 in *Sheriff John Anderson v. James Lane*, September Term, 2012, No. 01623, , a jury trial in the case of *Laura and David Unger v. State of Maryland*, Case No.: 12-C-12-2938, in the Circuit Court for Harford County, scheduled for January 21-22, 2014, and a two week jury trial scheduled to commence on January 27, 2014, in the case of *Williams v. Falby, et al.*, in the Circuit Court for Prince George's County, Case No.: 06-1937, as well as a hearing in Harford County Circuit Court in the matter of *Theresa Blubaugh*, civil case no.: 12-C-13-001291 AA, scheduled for February 18, 2013, at 9:30 a.m.

    4.  That as a result of all of the foregoing, the undersigned counsel for the Defendant Sheriff John Anderson has received permission from counsel for the Plaintiff,

Mr. Neal Janey, to file a response to the Complaint by Tuesday, February 25, 2014.

5.  That the Defendant respectfully requests an extension of time up to and including Tuesday, February 25, 2014, in which to file a response to the Complaint by either pleading or motion.

6.  That it is in the interest of justice and fairness that this Motion be granted.

WHEREFORE, the Defendant, Baltimore City Sheriff John Anderson, requests that the Court grant his motion for extension of time to file a response to the Complaint by either pleading or motion, and for such other and further relief as is deemed by the Court to be necessary and proper.

Respectfully submitted,

_____/S/_____
Roger L. Wolfe, Jr.
Assistant Attorney General
Federal Bar No. 26041
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202
(410) 576-6388
(410) 576-6393 (fax)
rwolfe@oag.state.md.us
*Attorneys for Defendant Sheriff*
*John Anderson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December 2013, a copy of the foregoing Consent Motion was served by electronic means via the Court's Case Management/ Electronic Means Files (CM/ECF) system on the persons entitled to receive such notice, which are the following attorneys for Plaintiff:

Neal M. Janey, Esq.
12 West Montgomery Street, Suite 200
Baltimore, MD 21230
*Attorneys for Plaintiff*

                                                  ____/S/_____
                                                  Roger L. Wolfe, Jr.
                                                  Assistant Attorney General
                                                  *Attorneys for Defendant Sheriff*
                                                  *John Anderson*