## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEBORAH CLARIDY,** | * | |
| *Plaintiff,* | * | |
| v. | * | **CASE NO.: 1:13-CV-02600-ELH** |
| **JOHN ANDERSON,** | * | |
| *Defendant.* | * | |

## NOTICE OF WITHDRAWAL

TO THE CLERK:

Please withdraw the appearance of Roger L. Wolfe, Jr., Assistant Attorney General, for the Defendant John Anderson.  Mr. Wolfe's last day assigned to the Courts and Judicial Affairs Division, Office of the Attorney General, is February 25, 2014.  All correspondence and court notices for the State of Maryland should be addressed to Office of the Attorney General, Courts and Judicial Affairs Division, 20th Floor, 200 St. Paul Place, Baltimore, Maryland 21202.

Respectfully submitted,

_____/S/_____
Roger L. Wolfe, Jr.
Assistant Attorney General
Federal Bar No. 26041
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202
(410) 576-6388
(410) 576-6393 (fax)
rwolfe@oag.state.md.us

1

*Attorneys for Defendant Sheriff*
*John Anderson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February 2014, a copy of the foregoing Notice of Withdrawal was served by electronic means via the Court's Case Management/ Electronic Means Files (CM/ECF) system on the persons entitled to receive such notice, which are the following attorneys for Plaintiff:

Neal M. Janey, Esq.
12 West Montgomery Street, Suite 200
Baltimore, MD 21230
*Attorneys for Plaintiff*

\_\_\_\_/S/_____
Roger L. Wolfe, Jr.
Assistant Attorney General
*Attorneys for Defendant Sheriff*
*John Anderson*