## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEBORAH CLARIDY,** | * | |
| *Plaintiff,* | * | |
| v. | * | CASE NO.: 1:13-CV-02600-ELH |
| **JOHN ANDERSON,** | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Sheriff John Anderson, moves pursuant Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, for an extension of time up to and including Friday, April 11, 2014, in which to file a responsive pleading or motion to the Complaint, and, for reasons, state:

1. That undersigned counsel has been working diligently to investigate the complaint, but has still not been able to obtain the necessary information to ascertain what occurred regarding the underlying incident, and what defenses, if any, the Defendant may have to the Complaint.

2. In addition, the undersigned counsel's last day with the Courts and Judicial Affairs Division of the Office of the Attorney General is today, February 25, 2014. For this reason, time is needed for this matter to be reassigned within the Office of the Attorney General.

3. That as a result of all of the foregoing, the undersigned counsel for the Defendant has received the consent from counsel for the Plaintiff, Mr. Neal Janey, for the Defendant to file a response to the Complaint by Friday, April 11, 2014.

4. That the Defendant respectfully requests an extension of time up to and including Friday, April 11, 2014, in which to file a response to the Complaint by either pleading or motion.

5. That it is in the interest of justice and fairness that this Motion be granted.

WHEREFORE, the Defendant, Baltimore City Sheriff John Anderson, requests that the Court grant his motion for extension of time to file a response to the Complaint by either pleading or motion, and for such other and further relief as is deemed by the Court to be necessary and proper.

Respectfully submitted,

_____/S/_____
Roger L. Wolfe, Jr.
Assistant Attorney General
Federal Bar No. 26041
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202
(410) 576-6388
(410) 576-6393 (fax)
rwolfe@oag.state.md.us
*Attorneys for Defendant Sheriff*
*John Anderson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February 2014, a copy of the foregoing Consent Motion was served by electronic means via the Court's Case Management/ Electronic Means Files (CM/ECF) system on the persons entitled to receive such notice, which are the following attorneys for Plaintiff:

Neal M. Janey, Esq.
12 West Montgomery Street, Suite 200
Baltimore, MD 21230
*Attorneys for Plaintiff*

                                                    ____/S/_____
                                                    Roger L. Wolfe, Jr.
                                                    Assistant Attorney General
                                                    *Attorneys for Defendant Sheriff*
                                                    *John Anderson*