June 19, 2014

Deborah CLARIDY
3310 Devonshire Drive
Baltimore, Maryland 21215

Felicia C. Cannon
Clerk, United States District Court
District of Maryland
Office of the Clerk

1:13-cv-02600-ELH
Claridy v. Anderson

Dear Felicia C. Cannon,

I Deborah R. CLARIDY, request that the court grant and enter an order extending the time for filing a response to the motion to dismiss or for summary judgement in Case Number: 1:13-cv-026000-ELH, CLARIDY v. Anderson an additional thirty days.

On May 8, 2014 I was advised by the Court that in accordance with Local Rule 101.2 entitled "Withdrawal of Appearance" I was no longer represented by an attorney. I have been trying to obtain the file and other documents needed to respond to this matter. I have written to The Client Protection Fund of The Bar of Maryland to request assistance with recovering a portion of the funds paid to my previous attorney to assist me with resources in obtaining new counsel.

I am currently attempting to obtain the complete file and other pertinent documents needed from my previous attorney need to respond to the motion filed by John Anderson in case # 1:13-cv-02600-ELH. I am also attempting to obtain counsel for help in responding to this matter properly.

Therefore, I request that the court grant my request for an extension of time an additional thirty days. Thank you in advance for any assistance you may provide.

Sincerely,

*Deborah Claridy*
Deborah CLARIDY